NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DEANNA ROBBINS,**
*Petitioner*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent*

---

2025-1707

---

Petition for review of the Merit Systems Protection Board in No. SF-844E-20-0424-I-1.

---

## ON MOTION

---

Before LOURIE, PROST, and CHEN, *Circuit Judges*.

PER CURIAM.

## O R D E R

Upon consideration of the Merit Systems Protection Board's unopposed motion to waive Federal Circuit Rule 27(f) and for voluntary remand, "conced[ing] that it erred in finding Petitioner did not establish good cause for her untimely filing" of her Board appeal, ECF No. 17 at 2,

2                                                    ROBBINS v. MSPB

IT IS ORDERED THAT:

(1)  The motion is granted.  The matter is remanded for further proceedings consistent with this order and the motion.

(2)  Each party shall bear its own costs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

September 11, 2025
          Date

ISSUED AS A MANDATE: September 11, 2025